| | | |
|---|---|---|
| GOHN, HANKEY & STICHEL, LLP | 201 North Charles Street<br>Suite 2101<br>Baltimore, Maryland 21201<br>410-752-9300<br>Fax 410-752-0892 | H. Mark Stichel<br>Direct Dial: 410-752-1658<br>HMStichel@ghsllp.com |
| www.ghsllp.com | | |

August 24, 2010

The Honorable William M. Nickerson
District Judge
United States District Court
 for the District of Maryland
101 West Lombard St.
Baltimore, Maryland 21201

    Re:   **Edith Watkins v. Trans Union LLC**
            **C.A. No. 1:10-cv-00838-WMN**

Dear Judge Nickerson:

    I represent the defendant, Trans Union LLC, in the above-referenced matter and I write pursuant to Discovery Guideline 1.e concerning a discovery dispute. On August 2, 2010, I noticed the deposition of Plaintiff *pro se*, Edith Watkins, to take place on August 19, 2010. Ms. Watkins did not appear for deposition. My co-counsel, Christopher N. Jones (admitted *pro hac vice*), attempted to coordinate this deposition with Ms. Watkins by placing several telephone calls to her both and leaving voicemail messages before and after the deposition was noticed. Ms. Watkins has not returned those calls.

    Trans Union needs to depose Ms. Watkins to prepare its defenses and we ask that the Court enter an order compelling Ms. Watkins to appear for deposition.

                                    Respectfully submitted,

                                    GOHN HANKEY and STICHEL LLP

                                    H. Mark Stichel

cc:    Ms. Edith Marie Watkins
        7422 Rockridge Road
        Pikesville, Maryland 21208